William D. Hyslop
United States Attorney
Eastern District of Washington
Richard C. Burson
Assistant United States Attorney
402 E. Yakima Ave., Ste. 210
Yakima, WA 98901-2760
Telephone: (509) 454-4425

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 02, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ELTON JAMES WAHPAT, <br><br> Defendant. | 1:20-CR-2017-SAB <br><br> INDICTMENT <br><br> Vio:  18 U.S.C. §§ 922(g)(1), 924(a)(2) <br> Felon in Possession of Ammunition <br><br> 18 U.S.C. § 924, 28 U.S.C. § 2461 <br> Forfeiture Allegations |

The Grand Jury charges:

On or about November 23, 2019, in the Eastern District of Washington, the Defendant, ELTON JAMES WAHPAT, knowing of his status as a person previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting interstate commerce ammunition, to wit:  6 rounds of Winchester Repeating Arms Company 410 caliber ammunition, bearing headstamps "WIN", "410" and "H S", and which such ammunition had

INDICTMENT – 1

theretofore been transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2).

## NOTICE OF CRIMINAL FORFEITURE

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d)(l) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2), as set forth in this Indictment, Defendant, ELTON JAMES WAHPAT, shall forfeit to the United States of America any ammunition involved or used in the commission of the offense. The assets to be forfeited include, but are not limited to 6 rounds of Winchester Repeating Arms Company 410 caliber ammunition, bearing headstamps "WIN", "410" and "H S".

DATED this 9th 2nd day of June, 2020.

A TRUE BILL

_____
Foreperson

_____
William D. Hyslop
United States Attorney

Earl A. Hicks, AUSA for
Richard C. Burson
Assistant United States Attorney

INDICTMENT – 2