3 PROB 12C
(6/16)

Report Date: August 13, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Aug 14, 2025**

SEAN F. McAVOY, CLERK

ECF No. 56

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Elton James Wahpat | Case Number: 0980 1:20CR02017-SAB-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮ White Swan, Washington 98952 | |

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: August 23, 2022

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of Ammunition 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | |
| Original Sentence: | Prison - 6 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Hearing<br>May 20, 2025 | Prison - 18 days<br>TSR - 35 months | |
| Asst. U.S. Attorney: | Bree R. Black Horse | Date Supervision Commenced: May 20, 2025 |
| Defense Attorney: | Craig Donald Webster | Date Supervision Expires: April 20, 2028 |

## PETITIONING THE COURT

To issue a summons.

On June 5, 2025, supervised release conditions were reviewed and signed by Mr. Wahpat acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #3**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.<br><br>**Supporting Evidence**: Mr. Wahpat is alleged to have violated his supervised release conditions by failing to receive a substance abuse evaluation between July 25 to August 8, 2025. |

Prob12C
**Re: Wahpat, Elton James**
**August 13, 2025**
Page 2

On July 11, 2025, during a home inspection at Mr. Wahpat's residence, this officer asked Mr. Wahpat if he had obtained a substance abuse evaluation. Mr. Wahpat replied that he had not. This officer reminded Mr. Wahpat they had discussed the necessity of a substance abuse evaluation due to his recent relapse with methamphetamine while he was on warrant in March 2025. This officer instructed Mr. Wahpat to obtain a substance abuse evaluation by July 25, 2025, and warned that if he failed to do so, a report would be submitted to the Court. Mr. Wahpat acknowledged his understanding.

On July 23, 2025, United States Probation Officer Leavitt and this officer conducted another home inspection at Mr. Wahpat's residence. During this visit, this officer again asked Mr. Wahpat if he had completed a substance abuse evaluation. Mr. Wahpat indicated he had not. This officer reminded him he originally had until July 25, 2025, to complete the evaluation to avoid a violation report to the Court. Mr. Wahpat confirmed his understanding. He agreed to contact the Tiinawit Program while this officer was present and scheduled a substance abuse evaluation for Monday, July 28, 2025, at 1 p.m. The Tiinawit Program also confirmed they would provide Mr. Wahpat with transportation to and from the appointment.

On August 1, 2025, this officer managed to contact a family member of Mr. Wahpat, who confirmed that Mr. Wahpat did not attend his appointment on July 28, 2025. This officer requested they ask Mr. Wahpat to contact this officer when they saw him.

On August 4, 2025, this officer again contacted a family member of Mr. Wahpat in an attempt to follow up on the status of the substance abuse evaluation. The family member mentioned Mr. Wahpat was nearby and handed the phone to him. Mr. Wahpat stated he had not received a substance abuse evaluation yet and did not believe he needed one, claiming he did not have a drug problem. This officer explained to Mr. Wahpat he had recent history of substance abuse and that undergoing an evaluation was a requirement set by the Court (special condition number 3). This officer informed Mr. Wahpat if he scheduled an evaluation that day and followed through with the appointment, this officer would submit a no-action report to the Court instead of a summons. Mr. Wahpat agreed to contact the Tiinawit Program that day to schedule an evaluation and agreed to inform this officer by 4 p.m. that same day with the date and time of the evaluation. Mr. Wahpat, however, did not attempt to contact this officer on August 4, 2025.

On August 8, 2025, this officer contacted a family member of Mr. Wahpat by phone. The family member answered and mentioned Mr. Wahpat was not currently with them but should return to the campsite shortly. A few minutes later, Mr. Wahpat called this officer stating he had still not received a substance abuse evaluation. This officer directed Mr. Wahpat once again to obtain a substance abuse evaluation and informed him a violation report would be submitted to the Court due to his failure to complete the evaluation.

As of the time of this report, the probation office has not received any information indicating Mr. Wahpat has scheduled or received a substance abuse evaluation.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation contained in this petition.

Prob12C
**Re: Wahpat, Elton James**
August 13, 2025
Page 3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 13, 2025

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

---

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [X] The Issuance of a Summons
- [ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

Signature of Judicial Officer

8/14/2025
Date