PROB 12C
(6/16)

Report Date: May 12, 2026

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 12, 2026

SEAN F. McAVOY, CLERK

ECF No. 72

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Elton James Wahpat          Case Number: 0980 1:20CR02017-SAB-1

Address of Offender: ███████████ White Swan, Washington 98952

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: August 23, 2022

Original Offense:          Felon in Possession of Ammunition 18 U.S.C. §§ 922(g)(1) and 924(a)(2)

Original Sentence:         Prison - 6 months          Type of Supervision: Supervised Release
                           TSR - 36 months

Revocation Sentence:       Prison - 18 days
May 20, 2025               TSR - 35 months

Asst. U.S. Attorney:       To be assigned            Date Supervision Commenced: December 31, 2024

Defense Attorney:          Craig Donald Webster       Date Supervision Expires: February 13, 2027

---

### PETITIONING THE COURT

To issue a warrant.

On June 5, 2025, the supervised release conditions were reviewed and signed by Mr. Wahpat, indicating an understanding of his conditions.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Wahpat is considered to be in violation of his supervised release conditions by consuming methamphetamine, on and before May 8, 2026.

On May 8, 2026, Mr. Waphat was arrested on his Washington State Department of Corrections probation warrant. While in custody, Mr. Wahpat admitted he has been consuming methamphetamine daily.

Prob12C
**Re: Wahpat, Elton James**
**May 12, 2026**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    May 12, 2026
_____

s/Kyle Mowatt
_____

Kyle Mowatt
U.S. Probation Officer

---

THE COURT ORDERS

[  ]    No Action
[X]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[  ]    Other

_____
Signature of Judicial Officer

5/12/2026
_____
Date